■ In the Matter of RACHEL HAUSMAN, Petitioner, v JOSEPH N. GIAMBOI et al., Respondents. [703 NYS2d 430] —Application for an order pursuant to CPLR article 78 denied, the cross-motion granted and the petition dismissed, without costs or disbursements. Motion seeking to expedite decision denied as moot. No opinion. Concur—Rosenberger, J. P., Wallach, Saxe and Buckley, JJ.